**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Construction by Design, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-2410255** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8207 Skokie Blvd.**<br>**Skokie, IL 60077** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Construction by Design, LLC**                                      Case number *(if known)* _____
         Name

**7.** **Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No
☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | When | | Case number, if known | |
| | _____ | _____ | | _____ | |

Debtor    **Construction by Design, LLC**                                    Case number (*if known*) _____

Name

---

**11.** **Why is the case filed in** *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Construction by Design, LLC**                                    Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 7, 2016**
                MM / DD / YYYY

X **/s/ Raffi Arzoumanian**                              **Raffi Arzoumanian**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

**18. Signature of attorney**

X **/s/ Ariel Weissberg**                    Date    **October 7, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Ariel Weissberg**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
Number, Street, City, State & ZIP Code

Contact phone    **312-663-0004**    Email address    **ariel@weissberglaw.com**

**03125591**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Construction by Design, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  7, 2016**        X  **/s/ Raffi Arzoumanian**
                                  Signature of individual signing on behalf of debtor

                                  **Raffi Arzoumanian**
                                  Printed name

                                  **CEO**
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Construction by Design, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Construction by Design, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* | |

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Abby Supply Inc.**<br>**Abbigale Ballack**<br>**2825 Gabriella St. ,Suite 710**<br>**Downers Grove, IL 60515**<br><br>Date(s) debt was incurred  8/1/2013<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Material supplier**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | | $8,332.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Advance Disposal**<br>**PO Box  74008053**<br>**Chicago, IL 60674**<br><br>Date(s) debt was incurred  4/1/2016<br>Last 4 digits of account number  809K | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Dumpsters**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | | $1,429.72 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alex's Trucking, Inc.**<br>**Alex Wontarczyk**<br>**319 Lintz Street**<br>**Lemont, IL 60439**<br><br>Date(s) debt was incurred  12/1/2014<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Earth works**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | | $25,347.50 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Billba Flooring**<br>**Ovi Billba**<br>**506 Harvard Ave.**<br>**Arlington Heights, IL 60005**<br><br>Date(s) debt was incurred  8/1/2015<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trim carpentry and flooring**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | | $6,200.00 |

| Debtor | Construction by Design, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Carmelos Landscape**
**Javier**
**PO Box 1125**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2012

Basis for the claim:  Landscaping

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
|---|---|---|---|

**CCMC Construction**
**Frank Castro**
**19 W 574 Deerpath Ln**
**Lemon, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2015

Basis for the claim:  Stucco

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,220.00 |
|---|---|---|---|

**Custom Metal Works Corp**
**Tomasz Kular**
**2833 A West Chicago Ave**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2014

Basis for the claim:  Steel

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
|---|---|---|---|

**CW Construction**
**Czeslaw Kolosowski**
**1271 Smith St.**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2011

Basis for the claim:  Roofing

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,863.00 |
|---|---|---|---|

**DCA Quality Construction Co. Inc.**
**Dominick Amoroso**
**P.O.Box 782**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2014

Basis for the claim:  Masonry

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,255.00 |
|---|---|---|---|

**Durability Construction, Inc.**
**Walter Kula**
**3452 N. Knox**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2015

Basis for the claim:  Roofing and siding

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,541.65 |
|---|---|---|---|

**Gypsum Supply/Foundation Building Materi**
**724 Parkwood Ave.**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/13/2016

Basis for the claim:  Gypsum

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Construction by Design, LLC** | | Case number (*if known*) | |
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,766.29 |
|---|---|---|---|
| | **Hickgas, LLC**<br>**Brett Rogers**<br>**1023 Lake Ave**<br>**Woodstock, IL 60098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __4/1/2015__ | Basis for the claim: __Temporary heating__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|
| | **Hightech Mechanical & Refrigeration**<br>**E.J. Josheghany**<br>**3253 Sprucewood Ln**<br>**Wilmette, IL 60091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/1/2012__ | Basis for the claim: __HVAC__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,260.12 |
|---|---|---|---|
| | **Home Depot**<br>**PO Box 790420**<br>**St. Louis, MO 63179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __7/1/2015__ | Basis for the claim: __Miscellaneous building materials__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **Hyundai Plumbing & Fire Protection**<br>**216 Flora Ave.**<br>**Glenview, IL 60025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __8/13/2016__ | Basis for the claim: __Sprinkler systems__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,405.00 |
|---|---|---|---|
| | **JD Rusu**<br>**Aurel Rusu**<br>**4621 Lilac Ave**<br>**Glenview, IL 60025** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __3/1/2015__ | Basis for the claim: __Plumbing__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,742.98 |
|---|---|---|---|
| | **Liberty Mutual Insurance**<br>**Jennifer Horton**<br>**P.O. Box 9502**<br>**Denver, NH 03821** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __1/1/2015__ | Basis for the claim: __Carpentry__ | |
| | Last 4 digits of account number __0163__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,450.00 |
|---|---|---|---|
| | **M&M Carpentry**<br>**Cristi**<br>**6900 W. Seward St.**<br>**Niles, IL 60714** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2/1/2015__ | Basis for the claim: __Carpentry__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Construction by Design, LLC**
Name

Case number (if known)

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,200.00**

**Newtec Windows & Doors Mfg.**
**Jimmy Lei**
**3159 W. 36th Street**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2015

**Basis for the claim:**  **Windows and doors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**Nick & Jesse Nursery**
**Salvador R. Arguelles**
**22417 Hwy 20**
**Marengo, IL 60152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2/2015

**Basis for the claim:**  **Landscape material**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Oakbrook Property LLC**
**8140 River Drive**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2015

**Basis for the claim:**  **Client of Construction by Design**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,496.25**

**Rey Rivera Construction**
**Rey Rivera**
**7829 S Normandy Ave**
**Burbank, IL 60459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2015

**Basis for the claim:**  **Concrete**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00**

**Rubens Spray Insulation**
**P.O.Box 631**
**Lake Bluff, IL 60044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2015

**Basis for the claim:**  **Insulation**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,835.00**

**Section 8 Doors & Hardware, Inc.**
**Dan Adkins**
**4041 Albany Street**
**McHenry, IL 60050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2015

**Basis for the claim:**  **Hardware**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,970.00**

**Simon's Heating & A/C**
**Simon Elkind**
**143 Arrowwood Dr.**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  6/1/2016

**Basis for the claim:**  **HVAC**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Construction by Design, LLC**                              Case number (if known) _____
　　　　　Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,500.00** |
|---|---|---|---|

**Skyworkers**
**Wojtek Dzierzanowski**
**26910 Longwood Rd**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2015**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,745.00** |
|---|---|---|---|

**Star Electric**
**Peter Copil**
**606 Glenview Ln.**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/1/2015**

**Basis for the claim:**  **Electrical**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,775.20** |
|---|---|---|---|

**Sullivan Septic & Sewer**
**Ryan Murphy**
**1947 Airway Court**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2015**

**Basis for the claim:**  **Septic system**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,900.00** |
|---|---|---|---|

**TCH Masonry dba TCH Construction**
**Tom Chudy**
**1210 E. Paddock Dr.**
**Palatine, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2013**

**Basis for the claim:**  **Masonry**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,215.00** |
|---|---|---|---|

**United Survey**
**Mike Stanojevic**
**2100 N. 15th Ave , Unit C**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2015**

**Basis for the claim:**  **Surveying**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**VFJ Drywall**
**6658 W. 99th St.**
**Chicago Ridge, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2016**

**Basis for the claim:**  **Drywall**

Last 4 digits of account number  **8143**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,185.00** |
|---|---|---|---|

**Y. Shin Electric Inc.**
**V. Shin**
**5703 W. Howard St.**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2014**

**Basis for the claim:**  **Electrical work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | **Construction by Design, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 821,634.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 821,634.71 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Construction by Design, LLC**                                    Case No. _____

Debtor(s)                          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **3,500.00**

    Prior to the filing of this statement I have received _____   $ _____ **3,500.00**

    Balance Due _____   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):    **Arzoumanian & Company**

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October  7, 2016**                                    **/s/ Ariel Weissberg**

*Date*                                                  **Ariel Weissberg 03125591**
                                                        *Signature of Attorney*
                                                        **Weissberg and Associates, Ltd.**
                                                        **401 S. LaSalle St.**
                                                        **Suite 403**
                                                        **Chicago, IL 60605**
                                                        **312-663-0004  Fax: 312-663-1514**
                                                        **ariel@weissberglaw.com**
                                                        *Name of law firm*

---

## WEISSBERG AND ASSOCIATES, LTD.

401 South LaSalle
Suite 403
Chicago, Illinois 60605

Telephone: 312/663-0004
Facsimile: 312/663-1514
E-Mail:
ariel@weissberglaw.com

September 9, 2016

Construction by Design, LLC
4840 Main Street
Skokie, Illinois  60077

BY PERSONAL DELIVERY

Attention:  Mr. Raffi Arzoumanian

Re:    Chapter 7 for Construction by Design, LLC

Dear Ms. Arzoumanian:

Weissberg and Associates, Ltd. ("W&A") is pleased that you have requested this law firm to represent Construction by Design, LLC ("CBD") in the above-captioned matter.   Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client.  This letter sets forth the terms concerning our representation of CBD.

CBD agrees to pay our firm an advanced payment fee in the amount of $3,500.00  (the "Advanced Payment Retainer"), plus a $335.00 Chapter 7 filing fee. W&A will credit the Advanced Payment Retainer against our legal services as rendered and advance against any reimbursable costs and expenses.  These funds are paid to us to establish the attorney-client relationship between W&A and CBD.

Should a Complaint objecting to CBD's dischargeability of a claim be filed against CBD ("Adversary Proceeding"), we will bill CBD on an hourly basis--to be applied against the Advanced Payment Retainer. Our billing is based on an hourly rate of $450.00 for time expended by me and $325.00 to $375.00 for time expended by the associates of Weissberg and Associates, Ltd. Fractions of hours are computed in increments of one quarter (1/4) of an hour. Some of the work on your case may be done by a paralegal assistant or by a law clerk whose hourly rates are substantially lower; and to the extent that their time is utilized, CBD's overall fee will be reduced.

CBD shall also be responsible for the payment of all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized research, and other expenses and charges which are incurred by our firm in CBD's representation.

Construction by Design, LLC
September 9, 2016
Page -2-

Please date and countersign this letter and return it to me together with the Advanced Payment Retainer of $3,835.00.  Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg, for
Weissberg and Associates, Ltd.

**ACCEPTED this** _12_ **day of September, 2016**

**CONSTRUCTION BY DESIGN, LLC**

a
By:_____
Its:_____

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Construction by Design, LLC** _____    Case No. _____

_____ **Debtor(s)**    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **32**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **October  7, 2016** _____    **/s/ Raffi Arzoumanian** _____

**Raffi Arzoumanian**/**CEO**
Signer/Title

Abby Supply Inc.
Abbigale Ballack
2825 Gabriella St. ,Suite 710
Downers Grove, IL 60515


Advance Disposal
PO Box 74008053
Chicago, IL 60674


Alex's Trucking, Inc.
Alex Wontarczyk
319 Lintz Street
Lemont, IL 60439


Billba Flooring
Ovi Billba
506 Harvard Ave.
Arlington Heights, IL 60005


Carmelos Landscape
Javier
PO Box 1125
Wheeling, IL 60090


CCMC Construction
Frank Castro
19 W 574 Deerpath Ln
Lemon, IL 60439


Custom Metal Works Corp
Tomasz Kular
2833 A West Chicago Ave
Chicago, IL 60612


CW Construction
Czeslaw Kolosowski
1271 Smith St.
Palatine, IL 60067


DCA Quality Construction Co. Inc.
Dominick Amoroso
P.O.Box 782
Glenview, IL 60025

Durability Construction, Inc.
Walter Kula
3452 N. Knox
Chicago, IL 60641


Gypsum Supply/Foundation Building Materi
724 Parkwood Ave.
Romeoville, IL 60446


Hickgas, LLC
Brett Rogers
1023 Lake Ave
Woodstock, IL 60098


Hightech Mechanical & Refrigeration
E.J. Josheghany
3253 Sprucewood Ln
Wilmette, IL 60091


Home Depot
PO Box 790420
St. Louis, MO 63179


Hyundai Plumbing & Fire Protection
216 Flora Ave.
Glenview, IL 60025


JD Rusu
Aurel Rusu
4621 Lilac Ave
Glenview, IL 60025


Liberty Mutual Insurance
Jennifer Horton
P.O. Box 9502
Denver, NH 03821


M&M Carpentry
Cristi
6900 W. Seward St.
Niles, IL 60714


Newtec Windows & Doors Mfg.
Jimmy Lei
3159 W. 36th Street
Chicago, IL 60632

Nick & Jesse Nursery
Salvador R. Arguelles
22417 Hwy 20
Marengo, IL 60152


Oakbrook Property LLC
8140 River Drive
Morton Grove, IL 60053


Rey Rivera Construction
Rey Rivera
7829 S Normandy Ave
Burbank, IL 60459


Rubens Spray Insulation
P.O.Box 631
Lake Bluff, IL 60044


Section 8 Doors & Hardware, Inc.
Dan Adkins
4041 Albany Street
McHenry, IL 60050


Simon's Heating & A/C
Simon Elkind
143 Arrowwood Dr.
Northbrook, IL 60062


Skyworkers
Wojtek Dzierzanowski
26910 Longwood Rd
Lake Forest, IL 60045


Star Electric
Peter Copil
606 Glenview Ln.
Glenview, IL 60025


Sullivan Septic & Sewer
Ryan Murphy
1947 Airway Court
New Lenox, IL 60451

TCH Masonry dba TCH Construction
Tom Chudy
1210 E. Paddock Dr.
Palatine, IL 60074


United Survey
Mike Stanojevic
2100 N. 15th Ave , Unit C
Melrose Park, IL 60160


VFJ Drywall
6658 W. 99th St.
Chicago Ridge, IL 60451


Y. Shin Electric Inc.
V. Shin
5703 W. Howard St.
Niles, IL 60714

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Construction by Design, LLC** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Construction by Design, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  7, 2016** _____

Date

**/s/ Ariel Weissberg** _____

**Ariel Weissberg 03125591**

Signature of Attorney or Litigant

Counsel for   **Construction by Design, LLC** _____

**Weissberg and Associates, Ltd.**

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
**312-663-0004 Fax:312-663-1514**
**ariel@weissberglaw.com**